UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JOHNSON, an individual ,<br><br>                                   Plaintiffs,<br><br>v.<br><br>HAXTON MASONRY, INC, an Arizona corporation; and DOES 1 through 50, inclusive,<br><br>                                   Defendant. | Case No.:  25cv1839-GPC(MMP)<br><br>**ORDER DENYING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**[Dkt. No. 15.]** |

The parties filed a joint motion to dismiss the action with prejudice which also asks the Court to retain jurisdiction to enforce the terms of the parties' Settlement Agreement until performance in full of the terms of the Settlement Agreement has occurred.  (Dkt. No. 15.)  The district court has discretion whether to retain jurisdiction over a settlement after dismissal under Federal Rule of Civil Procedure 41(a)(2).  *See Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 381-82 (1994); *Ogbuehi v. Comcast of Cal./Colo./Fla./Or., Inc.*, 303 F.R.D. 337, 351 (E.D. Cal. 2014) (observing that courts have discretion to decline jurisdiction to enforce a settlement agreement).

1

Here, the joint motion to dismiss does not indicate when the Court's retention of jurisdiction would end by either attaching a copy of the Settlement Agreement or stating when full performance of the terms of the Settlement Agreement will occur. Accordingly, the Court DENIES the parties' joint motion to dismiss without prejudice to permit the parties to refile the motion with the requested information.

IT IS SO ORDERED.

Dated:  April 3, 2026

Hon. Gonzalo P. Curiel
United States District Judge

25cv1839-GPC(MMP)